### KRAUS, Respondent, v. FRIEMEL, Appellant.

(*Common Pleas of New York City and County, Trial Term.* April 30, 1891.)

Argued before BOOKSTAVER and BISCHOFF, JJ.

*M. W. Plotzett,* for respondent.

No opinion. Appeal discontinued by consent.

---

### McEHINNEY, Respondent, v. FRANKE et al., Appellants.

(*Common Pleas of New York City and County, Trial Term.* April 30, 1891.)

Appeal from seventh district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*L. Rindskopf,* for appellants. *L. J. Carlan,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### SAYRE, Respondent, v. HUTKOPF, Appellant.

(*Common Pleas of New York City and County, Trial Term.* April 30, 1891.)

Appeal from first district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*D. Leventritt,* for appellant. *G. Parr,* for respondent.

No opinion. Judgment reversed, with costs to appellant, and new trial ordered.

---

### J. KUNZ BREWING Co., Respondent, v. ASTOR, Appellant.

(*Common Pleas of New York City and County, Trial Term.* April 30, 1891.)

Appeal from tenth district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*R. C. Schaider,* for appellant. *J. D. Hallen,* for respondent.

No opinion. Judgment reversed, and new trial ordered in the ninth district court; costs to appellant to abide the event.

---

### HERMAN, Respondent, v. CURRIER, Appellant.

(*Common Pleas of New York City and County, Trial Term.* April 30, 1891.)

Appeal from eleventh district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*B. Barker, Jr.,* for appellant. *J. F. Higgins,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### SCHIFF, Respondent, v. IBA, Appellant.

(*Common Pleas of New York City and County, Trial Term.* April 30, 1891.)

Appeal from ninth district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*H. C. Botty,* for appellant. *L. & B. Oppenheimer,* for respondent.

No opinion. Judgment affirmed, with costs.

---

### LEICHTER, Respondent, v. DAVIS, Appellant.

(*Common Pleas of New York City and County, Trial Term.* April 30, 1891.)

Appeal from fifth district court.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*A. H. Sarahson,* for respondent.

No opinion. Judgment affirmed, with costs.